UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-01082-KKM-CPT

AIN JEEM, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF WITHDRAWAL OF ATTORNEY
## AND COMPLIANCE WITH COURT ORDER

Pursuant to this Court's Endorsed Order dated May 18, 2021 (ECF No. 13), Plaintiff, by and through undersigned counsel, hereby gives notice of the withdrawal of attorney Rafael Perez-Pineiro[1] as counsel of record in the above captioned matter.

Date: May 19, 2021           Respectfully submitted by,

                                        THE BRICKELL IP GROUP, PLLC
                                        1101 Brickell Avenue
                                        South Tower, Suite 800
                                        Miami FL, 33131
                                        Tel: 305-728-8831
                                        Fax: 305-428-2450

                                        */s/ Nicole Fundora*
                                        Richard Guerra, Trial Counsel

---

[1] Attorney Rafael Perez-Pineiro is not admitted into the Middle District of Florida and was inadvertently included in a filing in the instant action.

Fla. Bar No. 689521
Email: rguerra@brickellip.com
Nicole Fundora
Fla. Bar No. 1010231
Email: nfundora@brickellip.com

AKERMAN LLP
Alejandro J. Fernandez
Fla. Bar No. 32221
Email: alex.fernandez@akerman.com
401 East Jackson Street
Suite 1700
Tampa FL 33602
Tel: 813-223-7333
Fax: 813-223-2837

*Counsel for Plaintiff*